FILED '09 AUG 04 13:29 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN ARTHUR FLUGER,                )
                                   )
            Petitioner,            )
                                   )  Civil No. 09-338-TC
     v.                            )
                                   )  ORDER
GARY KILMER,                       )
                                   )
            Respondent.            )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on July 6, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#1) is dismissed without prejudice. This proceeding is dismissed.

DATED this _____ day of August, 2009.

_____
United States District Judge

2   - ORDER